PROB 12A
(Revised 05/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Michael Dante Hyde</u>  Case Number: <u>3:10-00040</u>

Name of Judicial Officer: <u>Honorable Aleta A. Trauger, U.S. District Judge</u>

Date of Original Sentence: <u>January 31, 2011</u>

Original Offense: <u>18 U.S.C. § 922(g)(1) and § 924  Convicted Felon in Possession of Firearm</u>

Original Sentence: <u>60 months' custody and three years' supervised release</u>

Type of Supervision: <u>Supervised release</u>  Date Supervision Commenced: <u>August 29, 2014</u>

Assistant U.S. Attorney: <u>To be determined</u>  Defense Attorney: <u>Isaiah S. Gant</u>

---

The Court orders:

☒ No Action Necessary at this Time
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

Considered this ___ day of __March__, 2015,
and made a part of the records in the above case.

Aleta A. Trauger
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

Amanda Michele
U.S. Probation Officer

Place  Nashville, TN

Date  March 4, 2015

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| **1.** | **The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.** |

On March 3, 2015, Mr. Hyde tested positive for cocaine. When questioned by the probation officer, Mr. Hyde initially denied using the illegal drug, but after further discussion, he admitted to taking two to three "hits" of a marijuana "blunt" on March 1, 2015. Mr. Hyde reported he knew the "blunt" was laced with cocaine.

During that meeting, the probation officer observed the strong odor of alcohol and questioned him about his level of intoxication. Mr. Hyde initially denied drinking alcohol, prior to reporting to the probation office. After further questioning, Mr. Hyde admitted to drinking large quantities of alcohol/liquor the night before, between the time period of 10:00 p.m. and 2:00 a.m. He was unable to remember how much alcohol/liquor he consumed. A Breathalyzer was utilized and Mr. Hyde's blood alcohol content was measured to be .025. The probation officer asked him why he would report to the probation office under the influence of alcohol. Mr. Hyde could provide no explanation other than he was drinking the night before, thinking it would be out of his system by the time he reported to the probation office.

## Compliance with Supervision Conditions and Prior Interventions:

Michael Dante Hyde is employed and lives with his mother, in Nashville, Tennessee. Mr. Hyde began his term of supervised release on August 29, 2014, and his supervision is due to terminate on August 28, 2017.

Following his release from custody in August 2014, the probation officer immediately referred Mr. Hyde to Centerstone Mental Health in Madison, Tennessee, for a substance abuse assessment. He participated in that assessment on September 29, 2014, and his therapist did not recommend treatment at that time.

Following his positive drug test result and admission, the probation officer re-instructed Mr. Hyde to not use any illegal substances and warned him of the possible negative ramifications such as revocation of supervision, inability to maintain employment, and the negative impact it will have on his family. Mr. Hyde's random drug testing was increased and his was immediately referred back to Centerstone Mental Health for weekly outpatient substance abuse treatment.

## U.S. Probation Officer Recommendation:

The probation officer is requesting that no additional action be taken by the Court at this time. It is recommended that Mr. Hyde remain on supervised release, participate in substance abuse treatment, and not incur any future violations. The U.S. Attorney's Office has been advised of the offender's noncompliance and is in agreement with this recommendation.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer